*Henry B. Twombly* and *Edmonds Putney* for appellant.

*Harvey D. Hinman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

CHARLES E. LEVY, Appellant, *v.* LOUIS S. BERG, Respondent.

*Levy* v. *Berg*, 149 App. Div. 945, affirmed.
(Argued March 25, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover commissions.

*Henry B. Twombly* for appellant.

*Almuth C. Vandiver, Charles S. Mackenzie* and *J. Joseph Lilly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

JAMES CORBITT, Respondent, *v.* BERTIE K. BLOCH, Appellant.

*Corbitt* v. *Bloch*, 152 App. Div. 902, affirmed.
(Submitted March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1912, affirming a judgment in favor of